

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2022

No. 04-20-00562-CV

James D. **SCUDDAY**,
Appellant

v.

Austin **KING**, Tierra Linda Ranch Homeowners Association, Jerry Adams, Bob Dockey, Mary La France, Tammy Haney, Denise Chambers and Dimas Lopez,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14446
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellant's motion for rehearing is currently due July 7, 2022. On July 1, 2022, appellant filed a motion requesting an extension of time until August 8, 2022 to file his motion for rehearing. After consideration, we **GRANT** the motion and **ORDER** appellant to file his motion for rehearing **by August 8, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court